UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE L. LEEDEN an individual; and KRYPTONITE LLC, a limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>　　　　Defendant. | No.　2:18-CV-00664-WBS-CKD<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>Action Filed: February 5, 2018<br><br>Trial:　None |

Pursuant to the parties' Stipulation to Continue the Initial Scheduling Conference scheduled for July 16, 2018, the court hereby ORDERS this conference be rescheduled for **September 24, 2018 at 1:30 p.m.** An amended joint status report shall be filed no later than **September 10, 2018**.

Dated:　July 12, 2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

19689856v2